CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 5 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARRYL WAYNE MORELAND, JR., | Case No. 7:10CV00148 |
| Petitioner, | |
| v. | FINAL ORDER |
| GENE JOHNSON, DIRECTOR, | By: Hon. Glen E. Conrad |
| Respondents. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 5th day of April, 2010.

_____
United States District Judge